**Opinion filed December 30, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00230-CV

_____

### HALF ACRE HOLDINGS, LLC, Appellant

### V.

### ATMOS ENERGY CORPORATION, Appellee

**On Appeal from the 42nd District Court**

**Callahan County, Texas**

**Trial Court Cause No. 22152**

## M E M O R A N D U M   O P I N I O N

Appellant, Half Acre Holdings, LLC, has filed in this court an unopposed motion for voluntary dismissal of this appeal. In the motion, Appellant requests that this appeal be dismissed and states that Appellee is not opposed to the motion. *See* TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.

Appellant's motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

December 30, 2021

Panel consists of: Trotter, J.,
Williams, J., and Wright, S.C.J. [1]

Bailey, C.J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.